An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF CHANDAN MANANSINGH, BAR NO. 12033.

No. 67557

FILED

OCT 22 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER REJECTING CONDITIONAL GUILTY PLEA AGREEMENT AND REMANDING FOR FURTHER PROCEEDINGS

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Chandan Manansingh. Under the agreement, Manansingh admitted to violations of RPC 8.4(b) (misconduct: committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer) and RPC 8.4(c) (misconduct: engaging in conduct involving dishonesty, fraud, deceit or misrepresentation). These violations arise from Manansingh's conviction of one count of introduction of misbranded drugs into interstate commerce with the intent to defraud or mislead, based on conduct occurring before he was admitted to practice law.

The agreement provides for a one-year suspension retroactive to April 25, 2014, the date that this court temporarily suspended Manansingh. The agreement further provides that Manansingh must pay the actual costs of the disciplinary proceeding, excluding Bar Counsel and staff salaries, and that during the first year following reinstatement, he

15-32262

must complete 10 hours of CLE in addition to the regularly mandated CLE requirement for attorneys.

Based on our review of the record, we conclude that the agreed-upon discipline is insufficient in relation to Manansingh's admitted conduct. Accordingly, we reject the conditional guilty plea agreement and remand this matter to the Southern Nevada Disciplinary Board for further proceedings.

It is so ORDERED.[1]

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                                    Douglas

_____, J.          _____, J.
Cherry                                          Saitta

_____, J.          _____, J.
Gibbons                                        Pickering

cc:     Chair, Southern Nevada Disciplinary Board
        Bailey Kennedy
        Chandan Manansingh
        Bar Counsel, State Bar of Nevada

---

[1]This is our final disposition of this matter. Any further proceedings involving Manansingh shall be docketed as a new matter.